

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00021-CV

**PASADERA BUILDERS, LP**,
Appellant

v.

Todd **HUGHES**,
Appellee

From the County Court at Law, Kendall County, Texas
Trial Court No. 15-559CCL
Honorable Bill R. Palmer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee, Todd Hughes, recover his costs of this appeal from appellant, Pasadera Builders, LP.

SIGNED December, 13, 2017.

_Karen Angelini_
Karen Angelini, Justice